MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suit 1100*
*White Plains, New York 10606*

March 16, 2026

**BY EMAIL & ECF**
The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:     ***United States v. Dumel et al.*, 26 Cr. 88 (NSR)**

Dear Judge Román:

The Government respectfully requests that the initial appearance in this matter, which the Court previously scheduled for April 3, 2026, be adjourned to April 9, 2026 at 12:30 p.m. The Government has conferred with counsel for defendants, who consent to this request. A proposed order to exclude time under the Speedy Trial Act is attached.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Jake Sidransky
Assistant United States Attorney
(914) 993-1966

Enclosure

**At the Govt's request, the Initial Appearance for both Defts. before Judge Román is adjourned from April 3, 2026 to April 9, 2026 at 12:30 pm, with both Defense counsels' consent. Clerk of Court is requested to terminate the motion at ECF No. 13.**
**Dated: White Plains, NY**
**         March 16, 2026**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/16/2026__