USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/22/2026__

# Federal Defenders
## OF NEW YORK, INC.

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 22, 2026

Via Email and ECF

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Defense Counsels' request for an adjournment of the pretrial conference is GRANTED. The pretrial conference scheduled for June 23, 2026 is adjourned to July 21, 2026 at 11:00 a.m. The Clerk of Court is kindly directed to terminate the motion at ECF No. 19.**

SO ORDERED:

    Re:   United States v. Dumel, et. al.
          26 cr 88

**Date: June 22, 2026**
**White Plains, New York**
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Dear Honorable Román:

    I am writing to request that Your Honor please postpone the conference that is currently scheduled for June 23, 2026. If this request is granted, I ask that the Court please adjourn this matter to a date in July or August. The reason for this request is to allow me additional time to review the discovery,[1] and to explore a potential resolution with the Government. Additionally, I have spoken to Howard Tanner, counsel for Mr. Dumel, and he would like to join in this application for an adjournment because he is currently on trial in Brooklyn, New York. I have spoken to AUSA Jake Sidransky, and he does not oppose this request.

    In terms of availability, my understanding is that all parties are available on July 8th and July 21st.[2]

---

[1] My understanding is that the Government will soon be producing additional discovery.

[2] While Mr. Tanner is available on these dates, he is unavailable on July 8th at 11:30am, as he has a conference in front of Judge Briccetti at that time, and he is unavailable on July 21st at 2:00pm, as he has a sentencing in front of Judge Halpern at that time.

MEMO ENDORSED

Sincerely,

Benjamin Gold
Counsel for Nicole Dumel

cc:    Howard Tanner, Esq.
       Jake Sidransky, Esq.