USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYRON DUMEL,<br>a/k/a "Boogie," and<br><br>NICOLE DUMEL,<br><br>Defendants. | **ORDER**<br><br>26 Cr. 88 (NSR) |

Upon the application of the United States of America, by and through Jay Clayton, United States Attorney, Jake Sidransky, of counsel, and with consent from the defendants, by and through their respective counsel, it is hereby ORDERED that the pretrial conference scheduled for July 21, 2026 is adjourned to October 21, 2026 at 11:00 a.m.

It is hereby further ORDERED that the time from June 23, 2026, through and including October 21, 2026, the date of the next scheduled pretrial conference, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and the defendants in a speedy trial, because it will permit the parties to exchange and review discovery.

Dated: White Plains, New York
July 20, 2026

HONORABLE NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK